| | | |
|---|---|---|
| LARRY T. KELLEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | No. 1:03-cv-91 |
| | ) | *Edgar* |
| DAVID MILLS, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

The memorandum and judgment entered on September 26, 2005, is hereby **VACATED and SET ASIDE** pursuant to Rule 60(a) of the FEDERAL RULES OF CIVIL PROCEDURE because it contains a typographical error in the style of the case; the respondent's name is incorrect [Court File Nos. 18 & 19]. A corrected memorandum and judgment will enter.

SO ORDERED.

ENTER this *27th day of September, 2005*.

                                        */s/ R. Allan Edgar*
                                        R. ALLAN EDGAR
                               CHIEF UNITED STATES DISTRICT JUDGE